Docusign Envelope ID: A782A50E-7321-460A-A716-1BC830A9C1D2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 JAN 21 A 10:32
CLERK OF COURT

REBECCA HITCHCOCK and
NORA HITCHCOCK,
   Plaintiffs,

v.

UNITED STATES OF AMERICA,
   Defendant.

26-C 0102

# COMPLAINT UNDER THE FEDERAL TORT CLAIMS ACT

## I. INTRODUCTION

1. This is a civil action brought under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671–2680, for money damages against the United States based on the negligent acts and omissions of employees of the Internal Revenue Service ("IRS"), acting within the scope of their employment. These actions caused substantial financial harm, prolonged identity-theft misclassification, erroneous refund offsets, and severe emotional distress to both Plaintiffs.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

3. Venue is proper in the Eastern District of Wisconsin under 28 U.S.C. § 1402(b) because Plaintiffs reside in this District and a substantial portion of the acts and omissions giving rise to the claim occurred here.

## III. PARTIES

4. Plaintiffs Rebecca Hitchcock and Nora Hitchcock are residents of Milwaukee County, Wisconsin.

5. Defendant is the United States of America. Under the FTCA, the United States is the only proper defendant for tortious acts committed by federal employees.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiffs filed a timely administrative claim with the IRS Office of Chief Counsel on July 3, 2025.

7. Plaintiffs filed an amended administrative claim on September 17, 2025, increasing the total damages to $250,000.

8. More than six months will have elapsed without a written denial as of January 3, 2026, resulting in a constructive denial under 28 U.S.C. § 2675(a).

## V. STATEMENT OF FACTS

9. From 2012 through 2015, Plaintiff Rebecca Hitchcock was employed by Ricoh USA. Due to employer error, Ricoh reported her wages under the Social Security number of Plaintiff Nora Hitchcock.

10. This misreporting led to false IRS wage records for both Plaintiffs, causing IRS systems to assess incorrect tax liabilities, withhold refunds, and apply improper offsets.

11. Between 2016 and 2021, Plaintiffs repeatedly contacted both Ricoh USA and the IRS to correct the errors. Despite providing documentation, the IRS failed to take corrective action.

12. Ricoh issued corrected W-2s in November 2021 but did not transmit corrected data to the Social Security Administration, resulting in further IRS delays.

13. Plaintiffs filed amended returns for 2012, 2013, 2014, and 2015. IRS processed only the 2014 return, and only after Plaintiffs initiated litigation in the U.S. Tax Court.

14. The IRS attorney assigned to the Tax Court case admitted that the IRS misapplied Rebecca's federal withholding in 2014, creating an erroneous $20,000 assessment. Plaintiffs received a corrected refund of $11,077 in May 2025.

15. IRS continued to refuse to process the amended 2012, 2013, and 2015 returns, despite repeated inquiries and documented evidence.

16. On November 1, 2025, Plaintiffs received correspondence from the IRS Identity Theft Clearinghouse (600 Pennsylvania Ave. NW, Washington, DC), disclosing that the IRS had placed identity-theft holds on Rebecca's 2012 and 2013 filings due to her maiden name—an error never communicated to Plaintiffs.

17. For over a decade, IRS actions resulted in withheld refunds, improper offsets, false wage reporting for Nora, credit damage, denial of FAFSA aid, and prolonged emotional distress.

Docusign Envelope ID: A782A50E-7321-460A-A716-1BC830A9C1D2

## VI. CLAIM FOR RELIEF — NEGLIGENCE UNDER THE FTCA

18. Plaintiffs reallege all prior paragraphs as if fully set forth herein.

19. IRS employees owed Plaintiffs a duty of reasonable care in processing tax returns, applying wage information, maintaining accurate taxpayer records, notifying taxpayers of identity-theft indicators, and correcting employer-reporting errors.

20. IRS employees breached their duties by:

   a. Failing to properly process corrected W-2s;

   b. Failing to correct misreported wages;

   c. Failing to notify Plaintiffs of identity-theft holds;

   d. Failing to process three years of amended returns for more than a decade;

   e. Misapplying federal withholding;

   f. Wrongfully applying refund offsets;

   g. Ignoring Taxpayer Advocate requests;

   h. Issuing incorrect notices and balance-due assessments.

21. As a direct and proximate result of IRS negligence, Plaintiffs suffered financial losses, emotional distress, credit damage, denial of federal aid, identity-theft harm, and substantial administrative burden.

## VII. DAMAGES

22. Plaintiffs seek damages of $250,000 as stated in their amended administrative claim, including:

- Withheld refunds and offset losses;

- Interest on withheld amounts;

- Damage to credit and financial opportunities;

- Emotional distress and mental anguish;

- Pain and suffering;

- Denial of FAFSA aid;

- Harm resulting from identity-theft misclassification.

Docusign Envelope ID: A782A50E-7321-460A-A716-1BC830A9C1D2

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

a. Judgment against the United States in the amount of $250,000;

b. Costs as permitted by law;

c. Any additional relief deemed just and proper.

Respectfully submitted,

*Rebecca Hitchcock*     1/19/2026

Rebecca Hitchcock, Plaintiff (pro se)
1336 S. 114th Street
Milwaukee, WI 53214

*Nora Hitchcock*     1/19/2026

Nora Hitchcock, Plaintiff (pro se)
1336 S. 114th Street
Milwaukee, WI 53214